DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. HOOVER

No. 68 PC.

Case below: 14 N.C. App. 154.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

STATE v. McLAMB

No. 74 PC.

Case below: 13 N.C. App. 705.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

STATE v. NEWKIRK

No. 83 PC.

Case below: 14 N.C. App. 53.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

STATE v. RAY

No. 87 PC.

Case below: 12 N.C. App. 646.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

STATE v. SALLIE

No. 90 PC.

Case below: 13 N.C. App. 499.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.